**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Harvey T. Herskovitz** | Social Security number or ITIN | **xxx–xx–1779** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Barbara E. Herskovitz** | Social Security number or ITIN | **xxx–xx–1680** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **19–24118–JAD**

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Harvey T. Herskovitz                              Barbara E. Herskovitz

2/12/20                                           **By the court:**   Jeffery A. Deller
                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24118-JAD
Harvey T. Herskovitz                                                    Chapter 7
Barbara E. Herskovitz
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: admin              Page 1 of 3            Date Rcvd: Feb 12, 2020
                               Form ID: 318             Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db/jdb         +Harvey T. Herskovitz,    Barbara E. Herskovitz,    124 LeBeau Lane,    Pittsburgh, PA 15221-4239
15144723      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court:   Continental Finance Company,    Attn: Bankruptcy,    Po Box 8099,
                Newark, DE 19714)
15147383       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
15147386       +Honorable Eugene F. Riazzi, Jr.,    687 O'Neil Blvd.,    McKeesport, PA 15132-1441
15144728        LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
15147388       +Lendmark Financial,    Attn: Bankruptcy,    1735 N Brown Rd, Ste 300,
                Lawrenceville, GA 30043-8228
15147389       +Mariner Finance, LLC,    Attn: Bankruptcy,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15147390        Matthew W. Pomy, Esquire,    Weltman, Weinberg & Reis Co., LPA,    436 7th Ave., Suite 2500,
                Pittsburgh, PA 15219-1842
15144736       +PNC Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
15144739       +PNC Bank,   Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
15147392       +Pennsylvania American Water Company,    2800 Walnut Street,    McKeesport, PA 15132-7133
15147393       +Peoples Natural Gas,    375 North Shore Drive,    Pittsburgh, PA 15212-5866
15144740       +Pnc Bank,   Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                Cleveland, OH 44101-4982
15144750       +RoundPoint Mortgage Servicing Corporatio,    Po Box 19409,    Charlotte, NC 28219-9409
15144751       +RoundPoint Mortgage Servicing Corporatio,    Attn: Bankruptcy,    Po Box 19409,
                Charlotte, NC 28219-9409
15147395       +UPMC Health Services,    Bankruptcy Department,    2 Hot Metal St,    Pittsburgh, PA 15203-2348
15147396        UPMC Physician Services,    PO Box 371980,    Pittsburgh, PA 15250-7980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QRSHEARER.COM Feb 13 2020 07:38:00      Robert Shearer,    5703 Brewster Lane,
                Erie, PA 16505-1109
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 13 2020 03:04:32      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
cr             +E-mail/Text: kburkley@bernsteinlaw.com Feb 13 2020 03:06:16      Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
cr             +EDI: PRA.COM Feb 13 2020 07:38:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
15147380       +EDI: GMACFS.COM Feb 13 2020 07:38:00      Ally Financial,    12850 W Gran Bay P,
                Jacksonville, FL 32258-4468
15144700       +EDI: AMEREXPR.COM Feb 13 2020 07:38:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                El Paso, TX 79998-1540
15144698       +EDI: AMEREXPR.COM Feb 13 2020 07:38:00      Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15144702        EDI: BANKAMER.COM Feb 13 2020 07:38:00      Bank of America,    Po Box 982238,
                El Paso, TX 79998
15147385        E-mail/Text: kburkley@bernsteinlaw.com Feb 13 2020 03:06:16      Duquesne Light,
                Attention: Bankruptcy,    411 Seventh Avenue,    Pittsburgh, PA 15219
15144705       +EDI: BANKAMER.COM Feb 13 2020 07:38:00      Bank of America,    4909 Savarese Circle,
                Fl1-908-01-50,    Tampa, FL 33634-2413
15144708       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:14:56
                CC Holdings/CardMember Services,    101 Crossways Park Dr W,    Woodbury, NY 11797-2020
15144709       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:13:12
                CC Holdings/CardMember Services,    Attn: Card Services,    Po Box 9201,
                Old Bethpage, NY 11804-9001
15144713       +EDI: CHASE.COM Feb 13 2020 07:38:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                Wilmington, DE 19850-5298
15144710       +EDI: CHASE.COM Feb 13 2020 07:38:00      Chase Card Services,    Po Box 15369,
                Wilmington, DE 19850-5369
15144718       +EDI: CITICORP.COM Feb 13 2020 07:38:00      Citibank,    Attn: Recovery/Centralized Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
15144716       +EDI: CITICORP.COM Feb 13 2020 07:38:00      Citibank,   Po Box 6217,
                Sioux Falls, SD 57117-6217
15147381       +EDI: CITICORP.COM Feb 13 2020 07:38:00      Citibank,   Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
15144721       +EDI: CITICORP.COM Feb 13 2020 07:38:00      Citibank/Exxon Mobile,    Attn: Bankruptcy,
                Po Box 790034,    St Louis, MO 63179-0034
15144720       +EDI: CITICORP.COM Feb 13 2020 07:38:00      Citibank/Exxon Mobile,    Po Box 6497,
                Sioux Falls, SD 57117-6497
15147382       +EDI: CCS.COM Feb 13 2020 07:38:00      Credit Collection Services,    Attn: Bankruptcy,
                725 Canton St,    Norwood, MA 02062-2679
15144725        EDI: DISCOVER.COM Feb 13 2020 07:38:00      Discover Financial,    Attn: Bankruptcy Department,
                Po Box 15316,    Wilmington, DE 19850
15144724        EDI: DISCOVER.COM Feb 13 2020 07:38:00      Discover Financial,    Pob 15316,
                Wilmington, DE 19850
```

```
District/off: 0315-2           User: admin                  Page 2 of 3                   Date Rcvd: Feb 12, 2020
                               Form ID: 318                 Total Noticed: 52


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
15144726         +EDI: AMINFOFP.COM Feb 13 2020 07:38:00      First PREMIER Bank,    3820 N Louise Ave,
                   Sioux Falls, SD 57107-0145
15144727         +EDI: AMINFOFP.COM Feb 13 2020 07:38:00      First PREMIER Bank,    Attn: Bankruptcy,
                   Po Box 5524,    Sioux Falls, SD 57117-5524
15147387         +EDI: IIC9.COM Feb 13 2020 07:38:00      IC System, Inc,    Attn: Bankruptcy,    Po Box 64378,
                   Saint Paul, MN 55164-0378
15144731         +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 13 2020 03:14:28
                   LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                   Greenville, SC 29603-0497
15144735         +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:13:23
                   Merrick Bank/CardWorks,    Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
15144734         +E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 13 2020 03:14:58
                   Merrick Bank/CardWorks,    Po Box 9201,    Old Bethpage, NY 11804-9001
15147391         +EDI: MID8.COM Feb 13 2020 07:38:00      Midland Funding,    2365 Northside Dr Ste 300,
                   San Diego, CA 92108-2709
15144742          EDI: PRA.COM Feb 13 2020 07:38:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                   Norfolk, VA 23502
15144746          EDI: PRA.COM Feb 13 2020 07:38:00      Portfolio Recovery,    Attn: Bankruptcy,
                   120 Corporate Blvd,    Norfold, VA 23502
15145678         +EDI: RMSC.COM Feb 13 2020 07:38:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                   PO Box 41021,    Norfolk, VA 23541-1021
15144752         +EDI: USAA.COM Feb 13 2020 07:38:00      USAA Federal Savings Bank,    10750 Mc Dermott,
                   San Antonio, TX 78288-1600
15144753         +EDI: USAA.COM Feb 13 2020 07:38:00      USAA Federal Savings Bank,    Attn: Bankruptcy,
                   10750 Mcdermott Freeway,    San Antonio, TX 78288-1600
15147397         +E-mail/Text: vci.bkcy@vwcredit.com Feb 13 2020 03:05:31      Volkswagen Credit, Inc,
                   Attn: Bankruptcy,    Po Box 3,    Hillboro, OR 97123-0003
                                                                                              TOTAL: 35

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               RoundPoint Mortgage Servicing Corporation
aty*            +Robert Shearer,   5703 Brewster Lane,    Erie, PA 16505-1109
15144701*       +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
15144699*       +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
15144703*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
15144704*      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Po Box 982238,    El Paso, TX 79998)
15144706*       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15144707*       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15144722*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: Continental Finance Company,    Pob 8099,    Newark, DE 19714)
15144714*       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15144715*       +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
15144711*       +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15144712*       +Chase Card Services,    Po Box 15369,    Wilmington, DE 19850-5369
15144719*       +Citibank,   Attn: Recovery/Centralized Bankruptcy,     Po Box 790034,    St Louis, MO 63179-0034
15144717*       +Citibank,   Po Box 6217,    Sioux Falls, SD 57117-6217
15147384*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Financial,    Attn: Bankruptcy Department,    Po Box 15316,
                   Wilmington, DE 19850)
15144729*        LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
15144730*        LVNV Funding/Resurgent Capital,    C/o Resurgent Capital Services,    Greenville, SC 29602
15144732*       +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15144733*       +LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,    Greenville, SC 29603-0497
15144743*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 100,
                   Norfolk, VA 23502)
15144744*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 100,
                   Norfolk, VA 23502)
15144745*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    120 Corporate Blvd Ste 100,
                   Norfolk, VA 23502)
15144747*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                   Norfold, VA 23502)
15144748*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                   Norfold, VA 23502)
15144749*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                   Norfold, VA 23502)
15147394*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                   Norfold, VA 23502)
15144741*       +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                   Cleveland, OH 44101-4982
```

```
District/off: 0315-2           User: admin                    Page 3 of 3                  Date Rcvd: Feb 12, 2020
                               Form ID: 318                   Total Noticed: 52


             ***** BYPASSED RECIPIENTS (continued) *****
15144737*       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15144738*       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
                                                                                             TOTALS: 1, * 29, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                                Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
```
              James   Warmbrodt     on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Harvey T. Herskovitz julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth   Steidl    on behalf of Joint Debtor Barbara E. Herskovitz
               julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert   Shearer     information@robertshearer.com,    rshearer@ecf.axosfs.com;rspclaw@gmail.com
              Robert   Shearer    on behalf of Trustee Robert  Shearer information@robertshearer.com,
               rshearer@ecf.axosfs.com;rspclaw@gmail.com
                                                                                             TOTAL: 7
```